IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, by and through, Jon C. Bruning, Atttorney General of the State of Nebraska, et al., | ) ) ) ) | 4:12CV3035 |
| Plaintiffs, | ) ) ) | ORDER ON DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services, et al., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

    IT IS ORDERED that the Defendants' Motion for an Extension of Time to File Reply Brief, ECF No. 35, is granted, and the defendants shall have on or before June 13, 2012, to file and serve their reply brief.

    Dated June 4, 2012.

                      BY THE COURT

                      _s/ Warren K. Urbom_

                      Warren K. Urbom
                      United States Senior District Judge